EAST HAVEN ECONOMIC DEVELOPMENT COMMISSION
ET AL. *v.* DEPARTMENT OF ENVIRONMENTAL
PROTECTION OF THE STATE OF
CONNECTICUT ET AL.

The plaintiffs' petition for certification for appeal from the Superior Court in the judicial district of New Haven is denied by the court.

*Charles G. Albom,* in support of the petition.

*Thomas Yasensky,* assistant attorney general, in opposition.

Submitted July 17—decided July 24, 1979

GREENWICH WATER COMPANY ET AL. *v.* HOWARD
E. HAUSMAN ET AL.

BRIDGEPORT HYDRAULIC COMPANY *v.* PUBLIC
UTILITIES CONTROL AUTHORITY ET AL.

LITCHFIELD WATER COMPANY *v.* PUBLIC UTILITIES
CONTROL AUTHORITY

The plaintiffs' petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Ronald J. Cohen* and *Palmer S. McGee, Jr.,* in support of the petition.

*William B. Gundling,* assistant attorney general, and *Barry S. Zitser,* in opposition.

Submitted July 17—decided July 24, 1979